IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| Shawn Michael Robinson, | ) | C/A No.: 1:14-2860-BHH-SVH |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| P.S.O. Brian Myers, Leonard Ramsey, | ) | ORDER |
| P.S.O. Robert Vic, and D.M.H. Case | ) | |
| Manager Sabrina Wannamaker, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

This matter is before the court on Plaintiff's motions to subpoena security camera video from the South Carolina Department of Mental Health. [ECF Nos. 36, 44]. Defendants objected to Plaintiff's September 24, 2014, motion in part because "it seeks information or documents already provided to, in the possession of, or available through other sources to Plaintiff." [ECF No. 42 at 2]. Defendants' response further states that they object to the subpoena "to the extent that Plaintiff can obtain the requested information through a written request to the SCDMH or the Sexually Violent Predator Treatment Program." *Id*. The undersigned interprets Defendants' response as indicating that Defendants will provide the video footage to Plaintiff as requested. Therefore, Plaintiff's motions for subpoenas are denied. If Defendants do not make the video available to Plaintiff by November 6, 2014, the court will grant the subpoenas.

IT IS SO ORDERED.

*Shiva V. Hodges*

October 23, 2014                     Shiva V. Hodges
Columbia, South Carolina             United States Magistrate Judge